UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:24-mj-1354-SJH

HUA YAO KE

**JOINT MOTION TO EXTEND SPEEDY INDICTMENT PERIOD**

The United States of America and the defendant hereby move to extend the 30-day time period within which the government must obtain an indictment in this case. On August 19, 2024, the defendant was charged by complaint with harboring aliens who were unlawfully present in the United States, for commercial advantage or private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (a)(1)(B)(i). The defendant was arrested and made his initial appearance before the Court on August 23, 2024. Accordingly, the 30-day period within which the government must obtain an indictment, as provided in 18 U.S.C. § 3161(b), will run on September 23, 2024.

The government expects to provide discovery to the defendant on or before September 13, 2024. After the defendant and his counsel have had sufficient time to review the discovery and therefore to be fully informed of the evidence supporting the charge in this case, the parties intend to engage in plea negotiations, which will include discussions concerning whether the defendant will agree to waive indictment

and plead guilty to an information. To allow for sufficient time for the defendant to review the discovery and for the parties to engage in meaningful plea negotiations before the government is required to seek an indictment, the parties jointly move to extend the speedy indictment period such that the United States shall have until November 22, 2024, to obtain an indictment. Attached to this motion is a Waiver Of 30-Day Time Period Under 18 U.S.C. § 3161(b) signed by the defendant and his counsel.

The ends of justice served by the Court's granting this motion and thereby allowing the parties additional time to explore a resolution of this case outweigh the best interest of the public and the defendant in a speedy trial, and the Court should so find as required by 18 U.S.C. § 3161(h)(7)(A). Undersigned counsel conferred with the defendant's counsel and he authorized the government to file this motion on behalf of both parties.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By: /s/ *Arnold B. Corsmeier*
    ARNOLD B. CORSMEIER
    Assistant United States Attorney
    Florida Bar No. 869139
    300 N. Hogan Street, Suite 7-350
    Jacksonville, FL  32202-4270
    Telephone:  (904) 301-6300
    Facsimile:   (904) 301-6310
    E-mail:        chip.corsmeier@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

O. David Barksdale, Esq.

<u>/s/ Arnold B. Corsmeier</u>
ARNOLD B. CORSMEIER
Assistant United States Attorney