FILED IN OPEN COURT

2.6.2025

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

HUA YAO KE

Case No.  3:25-cr-26-MMH-MCR
Ct. 1:    8 U.S.C. § 1325(d)

### INFORMATION

The United States Attorney charges:

### COUNT ONE

In or about February 2019, in in the Middle District of Florida, the defendant,

HUA YAO KE,

knowingly established a commercial enterprise known as Kamiya 86 Sushi and Thai restaurant located at 2 Fairfield Blvd. #8, Ponte Vedra Beach, Florida, for the purpose of evading a provision of the immigration laws.

In violation of 8 U.S.C. § 1325(d).

ROGER B. HANDBERG
United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division