UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 3:25-cr-26-MMH-MCR

HUA YAO KE

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**[1]

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and Local Rule 1.02, and has entered a plea of guilty to Count One of the Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ENTERED** in Jacksonville, Florida on this 6th day of February, 2025.

Samuel J. Horovitz
United States Magistrate Judge

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. §636(b)(1)(C).

Copies to:
Honorable Marcia Morales Howard
United States District Judge
Asst. United States Attorney (Corsmeier)
Oliver David Barksdale, Esquire
Allan F. Brooke, II, Esquire
United States Pretrial
United States Probation